**FILED**

FEB 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:13-cr-0057 GGB |
| Plaintiff, ) | **UNDER SEAL** |
| v. ) | |
| SEALED, ) | |
| Defendants. ) | |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of the court.

DATED: Feb 14, 2013

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge