JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OGANES SEROBYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:13-cr-0057 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| OGANES SEROBYAN ) | Date: March 15, 2013 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant OGANES SEROBYAN, that the above matter be dropped from this court's calendar for March 15, 2013, at the request of the defense and be continued until March 29, 2013, for status of counsel.  The court is advised that Robert Wilson, Esq. has informed undersigned counsel that he expects to make an appearance as Mr. Serobyan's retained counsel on that date.  In addition to the need to finalize status of counsel, defense counsel will need time to review the initial round of discovery (approximately 300 pages) that has been provided to date.

**IT IS FURTHER STIPULATED** that, for the reasons set forth above, the time from March 15, 2013, through March 29, 2013, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4.

**IT IS SO STIPULATED**.

Date: March 12, 2013          Benjamin B. Wagner
                              United States Attorney

                              /S/ Michele Beckwith
                              By:  MICHELE BECKWITH
                              Assistant United States Attorney
                              Counsel for Plaintiff

Date: March 12, 2013          /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              OGANES SEROBYAN

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 15, 2013, and is ordered to be re-calendared for March 29, 2013, at 9:00 a.m.

The court finds and orders that, for the reasons set forth above, time is excluded from computation of time within which the trial of this matter must be commenced from March 15, 2013, through March 29, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

1      **IT IS SO ORDERED.**

2  Dated:   March 15, 2013

3

4  _____
   GARLAND E. BURRELL, JR.
5  Senior United States District Judge