FILED
March 29, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OGANES SEROBYAN, ) <br> ) <br> Defendant. ) | Case No. 2:13CR00057-GEB-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   OGANES SEROBYAN  , Case No. 2:13CR00057-GEB-1 , Charge  18USC § 1343 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

  ___   Unsecured Appearance Bond

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond with Surety

  ___   Corporate Surety Bail Bond

  ✔   (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 29, 2013  at  2:00 pm  .

By   /s/ Dale A. Drozd/s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Copy 2 - Court