1  **JOHN R. DUREE, JR., INC.**
   **A Professional Law Corporation**
2  State Bar No. 65684
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   email: jduree@pacbell.net

5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9                                          CASE NO. 2:13-cr-00057-TLN
   UNITED STATES OF AMERICA,               CASE NO. 2:13-cr-00246-TLN
10                                  )       **STIPULATION AND ORDER**
              Plaintiff,            )       **CONTINUING STATUS**
11                                  )       **CONFERENCE**
   v.                               )
12                                  )
   OGANES SEROBYAN,                 )
13                                  )
              Defendant.            )
14  _____ )

15         Plaintiff United States of America, by and through its counsel of record, and

16  defendant, by and through his counsel of record, hereby stipulate as follows:

17         1.      This matter was set for status on August 29, 2013 at 9:30 am in Courtroom 2.

18         2.      By this stipulation, defendant now moves to continue the status conference

19  until October 31, 2013, at 9:30 a.m. in Courtroom 2 and to exclude time between August 29,

20  2013 and October 31, 2013 under Local Code T4. Plaintiff does not oppose this request.

21         3.      The parties agree and stipulate, and request that the Court find the following:

22         a.      The parties have commenced negotiations but have not yet reached resolutions.

23         b.      Counsel for defendant desires additional time to consult with his client, to

24                 review the current charges, to conduct investigation and research related to the

25                 charges, and to discuss potential resolutions with his client.

26         c.      Counsel for defendant believes that failure to grant the above-requested

27                 continuance would deny him the reasonable time necessary for effective

28                 preparation, taking into account the exercise of due diligence.

           d.      The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2013 to October 31, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: August 22, 2013                    /s/ Michele Beckwith
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney

Dated: August 22, 2013                    /s/ John R. Duree, Jr.
                                          JOHN R. DUREE, JR.
                                          Attorney for Valeri Mysin


**ORDER**

IT IS SO ORDERED.

Dated:  August 26, 2013


Troy L. Nunley
United States District Judge