BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OGANES SEROBYAN,<br><br>Defendant. | CASE NOS. 2:13-CR-057 TLN<br>    2:13-CR-246 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, these related cases were set for status on February 6, 2014.

2. By this stipulation, defendant now moves to continue the status conference until March 20, 2014, at 9:30 a.m., and to exclude time between February 6, 2014, and March 20, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with these cases includes investigative reports and related documents in electronic form, including photographic and video evidence, as well as voluminous financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to consult with his client, to review the current charges and conduct investigation and research related to the charges and potential sentencing issues, and to otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2014 to March 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 31, 2014                        BENJAMIN B. WAGNER
                                                          United States Attorney

                                                         /s/ MICHELE BECKWITH
                                                         MICHELE BECKWITH
                                                          Assistant United States Attorney

| | |
|---|---|
| Dated: January 31, 2014 | /s/ John Duree<br>JOHN DUREE<br>Counsel for Defendant<br>Oganes Serobyan |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of February, 2014.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

3