**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
1001 G Street, Suite 103
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
OGANES SEROBYAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:13-cr-00057-TLN-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **RE EXONERATING BOND** |
| | ) | **AND RECONVEYING PROPERTY** |
| | ) | |
| **OGANES SEROBYAN**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

On March 29, 2013, the court ordered Mr. Serobyan released on a $250,000.00 bond, $100,000 of which was to be secured by real property in Los Angeles, California. ECF no. 19. A deed of trust for such property (#20130525855) was filed with this court on April 29, 2013. ECF no. 28.

On August 14, 2014, Mr. Serobyan was sentenced to serve 51 months in prison. ECF nos. 55, 56.

1

Accordingly, the parties at this time stipulate and request that the bond posted to secure Mr. Serboyan's release be exonerated and that the clerk of the court reconvey the deed of trust to the property owner, Garen Shameyan.

**IT IS SO STIPULATED.**

Dated: April 4, 2019                                        MCGREGOR W. SCOTT
                                                                        United States Attorney

                                               By:   /s/ Michele Beckwith
                                                                     MICHELE BECKWITH
                                                                     Assistant United States Attorney

Dated: April 4, 2019                                                        /s/ John R. Duree, Jr.
                                                                     JOHN R. DUREE, JR.
                                                                     Attorney for Defendant
                                                                     OGANES SEROBYAN

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that the bond in the amount of $250,000, $100,000 of which is secured by property described in deed of trust #20130525855, be exonerated, and the clerk is directed to reconvey the deed of trust back to the property owner, Garen Shameyan.

Dated: April 7, 2019

                                                      Troy L. Nunley
                                                      United States District Judge